## LINK *v.* CLEMMENS.

A replevin-bond executed on *Sunday* is void; its execution being in violation of the statute which prohibits common labour on that day.

Where goods were replevied on *Saturday,* and the statute required the replevin-bond to be executed within twenty-four hours after the replevy, it was held that *Sunday,* in such case, should not be counted.

7b 479
136 161
7b 479
144 188

ERROR to the *Decatur* Circuit Court.

BLACKFORD, J. — *Clemmens,* as assignee of the sheriff of *Decatur* county, brought an action of debt against *Link* and others on a replevin-bond. The bond is dated on the 10th of *October,* (*Saturday,*) 1840. First plea: That the said writing obligatory was not made and executed on the day the same bears date; but it was signed, sealed, and delivered on the 11th of *October,* 1840, which last-mentioned day was the first day of the week commonly called *Sunday;* wherefore the said writing obligatory is void. Second plea: There is no record of the supposed judgment in the declaration mentioned, remaining in said Court, &c. General demurrer to

May Term, 1845.

LINK
v.
CLEMMENS.

the first plea, and the demurrer sustained. Replication to the second plea, that there is such record of the judgment, &c. The cause was submitted to the Court, and judgment rendered for the plaintiff.

The main question in this cause is, whether or not a replevin-bond executed on *Sunday* is void?

The statute enacts, that if any person shall be found on the first day of the week commonly called *Sunday*, rioting, hunting, fishing, quarrelling, or at common labour, works of necessity and charity only excepted, shall be fined, &c. There is a proviso to the statute, but it does not affect this case. R. S. 1838, p. 219 (1). We think the executing of this bond comes within the terms "common labour," and is a violation of the statute. That being the case, the bond must be considered void, as being a contract prohibited by law.

In this case the goods were replevied on *Saturday*, and the statute required the replevin-bond to be executed within 24 hours after the replevy, R. S. 1838, p. 476; but *Sunday*, in such case, would not be counted. See *Solomons* v. *Freeman*, 4 T. R. 557.

The demurrer to the first plea should have been overruled.

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*G. H. Dunn*, for the plaintiff.
*J. Dumont*, for the defendant.

---

(1) The *English* statute is different. It enacts that no tradesman, artificer, workman, labourer, or other person whatever, shall do or exercise any worldly labour or business or work of their ordinary callings upon the Lord's day (works of necessity or charity only excepted.) 29 Car. 2. It is held that a farmer is not within the meaning of that statute ; and that if he were, his hiring of a servant for a year is not work done in his ordinary calling. *Rex* v. *Whitnash*, 7 B. & C. 596. So, it is held that the statute does not apply to an attorney ; and that if it did, his agreement to be personally responsible for the debt of his client, is not a matter within his ordinary calling. *Peate* v. *Dicken*, 5 Tyrw. 116.